IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN GOMILLA | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:23cv179-HSO-BWR |
| | § | |
| HUEY P. STOCKSTILL, LLC | § | DEFENDANT |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. The parties have all agreed and stated their desire on the record that the Court expressly retain jurisdiction over this matter for thirty days to enforce the settlement agreement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties, and that the Court hereby specifically retains jurisdiction for thirty days to enforce the settlement agreement.

**SO ORDERED** this the 11th day of January, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE